# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00149-MR-DLH-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> (4) JESUS PLASENCIA, ) </br> ) </br> Defendant. ) </br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss Defendant Plasencia from the Bill of Indictment. [Doc. 77].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Indictment [Doc. 77] is **GRANTED**, and the Bill of Indictment in the above-referenced captioned case is hereby **DISMISSED WITHOUT PREJUDICE** with respect to Defendant Plasencia.

The Clerk is directed to provide copies of this Order to counsel for the Government, the U.S. Marshals Service, and the U.S. Probation office.

**IT IS SO ORDERED.**

Signed: June 22, 2018

Martin Reidinger
United States District Judge